In the Matter of William E. Wilkins et al., Appellants, *v.* William E. Walsh et al., Constituting the Board of Standards and Appeals of the City of New York, et al., Respondents.

(Argued May 2, 1929; decided May 28, 1929.)

*Ralph A. McClelland* and *Charles F. Murphy* for appellants.

*Arthur J. W. Hilly*, Corporation Counsel (*J. Joseph Lilly, Willard S. Allen* and *William T. Kennedy* of counsel), for Board of Standards and Appeals, respondent.

*Samuel Rubinton* and *Paul F. Lorzer* for Rink Realty Corporation, respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Dissent: CARDOZO, Ch. J., and LEHMAN, J.